David Atwood, #[illegible]
Harrison County Jail
10451 Larkin Smith Dr.
Gulfport, MS 39503

-Legal Mail-

pro se

U.S. District Court Clerk
United States Courthouse
2012 15th Street
Gulfport, MS
3950[1]

RECEIVED NOV 29 2017 Clerk, U.S. District Court Southern District of Miss.

RECEIVED NOV 21 2017 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISS.

RECEIVED NOV 29 2017 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISS.

MAILED FROM HARRISON COUNTY ADULT DETENTION CENTER NOT RESPONSIBLE FOR CONTENTS

GULFPORT MS 395
20 NOV 2017 PM 2 T

FOREVER USA
Barn Swallow

39501$2036