# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DAVID SMITH-GARCIA, #07954-043**　　　　　　　　　　　　　　　　**PLAINTIFF**
*also known as* **David G. Atwood, II**

**v.**　　　　　　　　　　　　　　　　**CAUSE NO. 1:17-cv-332-LG-RHW**

**HARRISON COUNTY, ET AL.**　　　　　　　　　　　　　　　　**DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 22nd day of May 2018.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
U.S. District Judge